February 27, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

SCOTT D. MORGAN, Appellant

NO. 14-13-00535-CV                 V.

BRONZE QUEEN MANAGEMENT COMPANY, LLC, Appellee

_____

This cause, an appeal from the order denying the motion to compel arbitration signed June 6, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. The order of the court below is **AFFIRMED**.

We order appellant, Scott D. Morgan, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.